**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

TV TOKYO CORPORATION,

        Plaintiff,

v.

CHAOLI WEI, et al.,

        Defendants.

Civil Action No. 26-cv-3348

## DECLARATION OF SHENGMAO MU

I, Shengmao Mu, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of New York and the United States District Court for the Southern District of New York. I am one of the attorneys for Plaintiff TV Tokyo Corporation ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. On April 28, 2026, Plaintiff received ECF notice that the Temporary Restraining Order ("TRO") was granted permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronically publishing a link to the Complaint, TRO and relevant documents on a website and by sending an e-mail to the e-mail addresses provided for Defendants by third parties that includes a link to said website. ECF No. 16.

3. I hereby certify that on May 15, 2026, I or somebody under my direction electronically published the Complaint, TRO, all signed Orders and scheduling orders, and all other documents on a website.

4.      I hereby certify that on May 15, 2026, I or somebody under my direction sent an e-mail that includes a link to said website to the e-mail addresses provided by third party service providers and disclosed by Defendants, notifying the Defendants of the hearing on Plaintiff's request for preliminary injunction scheduled for May 26, 2026 at 11:30 A.M in Courtroom 12A, 500 Pearl Street, New York, NY 10007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: May 18, 2026                    Respectfully submitted,

*/s/ Shengmao Mu*
Shengmao Mu
NY No. 5707021
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY, 10019
Telephone: (917) 858-8018
Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*

2