UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TV TOKYO CORPORATION,

         Plaintiff,

v.

CHAOLI WEI, et al.,

         Defendants.

Civil Action No. 26-cv-3348

## ~~[PROPOSED]~~ PRELIMINARY INJUNCTION ORDER

The Court has considered Plaintiff's Motion To Show Cause As To Why A Preliminary Injunction Should Not Issue (the "Motion to Show Cause") and oral arguments made in the hearing. Based on the papers and other evidence submitted in support of the Motion to Show Cause, and for good cause shown, the Court makes the following findings of fact and conclusions of law:

### FACTUAL FINDINGS & CONCLUSIONS OF LAW

1.    Plaintiff is likely to prevail on its copyright infringement claims at trial.

2.    As a result of Defendants' misconduct, Plaintiff is likely to suffer immediate and irreparable losses, damages, and injuries:

    a.    Defendants, without any authorization or license from Plaintiff, have knowingly, willfully, and deliberately infringed Plaintiff's Copyright Registration No. PA-2-532-838 (the "GINTAMA Work") in connection with the systematic advertisement, distribution, offering for sale, and sale of Infringing Products into the United States, including within this judicial district of New York, over the Internet through accounts with online marketplace platforms including PayPal and Shop Pay held by Defendants (the "User Account(s)").

1

b.  Plaintiff has well-founded fears that more Infringing Products will appear in the marketplace using the same User Accounts or new and different User Accounts; that consumers may be misled, confused and disappointed by the quality of these Infringing Products, resulting in injury to Plaintiff's reputation and goodwill and, in particular, the reputation and goodwill related to the GINTAMA Work.

3.  On balance, the potential harm to Defendants of being prevented from continuing to profit from their illegal and infringing activities if a preliminary injunction order is issued is far outweighed by the potential harm to Plaintiff, its business, and the goodwill and reputation built up in and associated with the GINTAMA Work if a preliminary injunction order is not issued.

4.  Service on Defendants via electronic means is reasonably calculated to result in proper notice to Defendants and does not violate the Hague Service Convention as Defendants' addresses are unknown or unverifiable despite Plaintiff's due diligence.

## ORDER

The injunction previously granted in the TRO shall remain in place through the pendency of this action, and issuing this Order is warranted under Federal Rule of Civil Procedure 65 and 17 U.S.C. § 502. Based on the foregoing findings of fact and conclusions of law, Plaintiff's Motion to Show Cause is hereby **GRANTED** and it is **ORDERED** as follows:

1.  As sufficient causes have been shown, Defendants and their officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them who receive actual notice of this Order are enjoined and restrained from engaging in any of the following conduct pending the final hearing and determination of this action or until further order of the Court:

a.  Cease and refrain from manufacturing, advertising, offering for sale, selling, distributing, destroying, selling off, transferring, or otherwise disposing of any

2

products infringing upon Copyright Registration No. PA-2-532-838 ("Infringing Products");

b.    Cease and refrain from manufacturing, advertising, offering to sell, selling, reproducing, or distributing any goods utilizing the GINTAMA Work, or any confusingly similar goods, other than genuine products manufactured or distributed by Plaintiff or its authorized manufacturers and distributors;

c.    Cease and refrain from destroying, selling off, transferring, or otherwise disposing of any documents, electronically stored information, or financial records or assets of any kind relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any Infringing Products;

d.    Cease and refrain from using the GINTAMA Work on or in connection with any Seller Alias that any Defendant may own, operate, or control on any Marketplace;

e.    Cease and refrain from any and all use of the GINTAMA Work as metatags, on any webpage (including the title of any web page), in any advertising links to other websites, from search engines' databases or cache memory, or any other form of use of such terms that are visible to a computer user or serves to direct computer searches to Seller Aliases registered, owned or operated by any Defendant on any Marketplace; and;

f.    Cease and refrain from altering, disabling, closing, or transferring ownership of any seller alias on any Marketplace during the pendency of this action, or until further Order of the Court.

**Asset Restraint**

2.    As sufficient cause has been shown, the asset restraint granted in the TRO shall remain

in place through the pendency of this litigation, including that:

a.  within five (5) days of receipt of service of this Order, that any Financial Institutions such as (i) PayPal, Inc. ("PayPal"), (ii) Payoneer, Inc ("Payoneer"), (iii) Ping Pong Global Solutions Inc ("Ping Pong"), (iv) Coinbase Global, Inc ("Coinbase"), (v) Amazon, Inc. ("Amazon"), (vi) Walmart, Inc. ("Walmart"), and (vii) Whaleco Inc. ("Temu") (collectively referred to as the "Financial Institutions") shall locate all accounts associated with Defendants (the "Defendants' Accounts") and other assets belonging to Defendants, including any cryptocurrency (the "Defendants' Assets") and shall locate, attach, and restrain the transfer or disposing of monies or funds from Defendants' Accounts, as well as the transfer or disposing of Defendants' Assets, until further ordered by this Court. The Financial Institutions shall provide written confirmation of their compliance with the foregoing to Plaintiff.

**Expedited Discovery**

3.  As sufficient cause has been shown, within five (5) days of receipt of service of this Order, the Financial Institutions shall provide the following information to Plaintiff's counsel (to the extent such information is in the Financial Institutions' possession, custody, or control):

a.  Identifying information for Defendants, including all available contact information (which shall include, if available, all known e-mail addresses and mailing addresses), as well as all associated account numbers and account balances, regardless of the platform or institution.

4

     b.     Any User Accounts and/or online marketplace websites affiliated with Defendants that are not listed on Schedule A to the Complaint (and attached hereto).

     c.     Information concerning any of Defendants' Accounts or Defendants' Assets including any and all related, connected or otherwise associated accounts or assets, regardless of the hosting platform or institution.

4.     As sufficient cause has been shown, Plaintiff is authorized to conduct expedited discovery, including that:

     a.     Plaintiff may serve interrogatories and requests for production of documents, pursuant to Rules 26, 33, and 34 of the Federal Rules of Civil Procedure as well as Local Civil Rule 33.3 of the Local Rules for the Southern District of New York and Defendants who are served with this Order shall provide written responses under oath to such interrogatories and produce documents requested within seven (7) days of service to Plaintiff's counsel.

**Service by Electronic Mail and/or Electronic Publication**

5.     Pursuant to Fed. R. Civ. P. 4(f)(3), as sufficient cause has been shown, service of this Order and the Summons and Complaint may be made on, and shall be deemed effective as to, Defendants if it is completed by the following means:

Delivery of: (i) PDF copies of this Order together with the Summons and Complaint; and (ii) a link to a website where each Defendant will be able to download PDF copies of this Order together with the Summons and Complaint, and all papers filed in support of Plaintiff's Application (the "Link"), to Defendants' e-mail addresses as provided by the Financial Institutions, or if the Financial Institutions are unable to provide e-mail addresses, then by providing the Link to the

Financial Institutions with instructions to forward it to Defendants through their internal messaging systems or other available means of electronic communication.

### Security Bond

6. The $1,500 bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Order is terminated.

### Application to Vacate or Dissolve

7. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two (2) days' notice to Plaintiff or on shorter notice as set by this Court.

DATED: *May 26, 2026*

_____
HON. LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

## Schedule A

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | Chaoli Wei | Amazon | A2CVFR3YB81GGH |
| 2 | ChenZiRong-art | Amazon | A288UFRC3LGAJ6 |
| 3 | Dobun | Amazon | APY6CAKU9GWXG |
| 4 | Durcoo | Amazon | A8AM0HT6MG7RS |
| 5 | Encouraging | Amazon | A3F18X9RWG2U9F |
| 6 | FS Life | Amazon | A2ON9WQ4HT7YLW |
| 7 | HuangSLong | Amazon | A2SI96NK53GHVJ |
| 8 | ijushihefuzhuang | Amazon | A19WBAF61B0BZP |
| 9 | Jiashan Lixin Hardware Products Trading Co., Ltd. | Amazon | A38K1H6EGKR38E |
| 10 | jinanchangjiugeshangmaoxiaoshouyouxiangongsi | Amazon | A2DX1XEQPJ28SZ |
| 11 | jiumaoclus | Amazon | A35DR28Q520S3S |
| 12 | kunmingfubiancengkejiyouxiangongsi | Amazon | A24BWAPW56OQP2 |
| 13 | LSGCDP | Amazon | ATB63MCLWHNRU |
| 14 | miaohao2022 | Amazon | A3AJ2JY0X3SDD6 |
| 15 | My Erika | Amazon | A2R1FLW9OJNNP9 |
| 16 | NianSu Mao | Amazon | A2ZSF9LOEQ726D |
| 17 | OSIAS-NA | Amazon | A1NG1PQ7YB7C2B |
| 18 | qiuxiantongmumaoyiyouxiangongsi | Amazon | A2M9LMW9S63KYU |
| 19 | renmuqus | Amazon | AD1NJGB349DE6 |
| 20 | WJLXINKAIS | Amazon | AY6B5G0XR5S4H |
| 21 | YIHONG CAI | Amazon | A2ODRR3C07NNI2 |
| 22 | ZhangJiaHao-brt | Amazon | A1IXZFIWHMMD0D |
| 23 | ZYDFZC | Amazon | A2BA9TBHJ87VRI |
| 24 | Chang Ning Shop | Amazon | A3KPJ0DCMFLL96 |
| 25 | CaiJianXian | Walmart | 102733111 |
| 26 | DANJIN | Walmart | 102515666 |
| 27 | GZCQSM | Walmart | 101174519 |
| 28 | huangmengxiao | Walmart | 102804939 |
| 29 | lizaoshangmao | Walmart | 102479728 |
| 30 | OWToy Sore | Walmart | 101684192 |
| 31 | shuntong | Walmart | 101670247 |
| 32 | Xiamenjinyuankejiyouxiangongsi | Walmart | 101617189 |
| 33 | YongTanDiao | Walmart | 102765507 |
| 34 | Yucheng Poster | Walmart | 102767843 |
| 35 | zhangwenjing | Walmart | 101683596 |
| 36 | Zhubeauty | Walmart | 101549875 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 37 | A Complete Collection of Decorative Paintings | Temu | 634418228204549 |
| 38 | Ant Creative | Temu | 634418215819359 |
| 39 | AODAIFEN SHOP | Temu | 634418211707464 |
| 40 | ApexGrid Central | Temu | 634418227146962 |
| 41 | ArtisticMaster | Temu | 634418218350835 |
| 42 | Aurashells | Temu | 634418223944721 |
| 43 | Baidanyilang | Temu | 6012795976884 |
| 44 | Beautiful Puzzle Art | Temu | 634418227800822 |
| 45 | Beautiful Shop Tshirt | Temu | 634418220874854 |
| 46 | Burchard Decor | Temu | 634418218081418 |
| 47 | CaiSnugSpot | Temu | 634418228990330 |
| 48 | CANDACECBE | Temu | 634418216225691 |
| 49 | Capitvate | Temu | 634418221361260 |
| 50 | CASEPOPS | Temu | 634418225687535 |
| 51 | CC Cancas Painting | Temu | 634418226324849 |
| 52 | Charmeet | Temu | 634418214849638 |
| 53 | Chengchun Blanket | Temu | 634418221147960 |
| 54 | CHK Online local | Temu | 634418218359068 |
| 55 | CinHome | Temu | 634418217177505 |
| 56 | CJF Art | Temu | 634418224994635 |
| 57 | Clarie Art | Temu | 634418224645787 |
| 58 | Colorful Art Canvas Poster | Temu | 634418227054195 |
| 59 | COOLDESIGN | Temu | 634418211665324 |
| 60 | Cozy Canvas online | Temu | 634418220618204 |
| 61 | CQYGYLY | Temu | 634418219224190 |
| 62 | CSMY design | Temu | 634418223331689 |
| 63 | Cumminss | Temu | 634418229094361 |
| 64 | custom design good goods | Temu | 634418222772969 |
| 65 | Cute Beautiful Kids Clothing | Temu | 634418227931813 |
| 66 | Cute Kids Clothing one hundred | Temu | 634418227932071 |
| 67 | Cute Kids Clothing zero | Temu | 634418227931089 |
| 68 | CXCOO | Temu | 634418223216764 |
| 69 | CXS ART | Temu | 634418227093691 |
| 70 | CZ DIY Painting Factory | Temu | 634418217845557 |
| 71 | Daph | Temu | 634418224033748 |
| 72 | DFFGGH Case | Temu | 634418222437295 |
| 73 | DFSDFDS | Temu | 634418227087590 |
| 74 | Digital ferry | Temu | 1844580924689 |
| 75 | Earnestas | Temu | 634418219040028 |
| 76 | Easel Dreams | Temu | 634418219762447 |

8

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 77 | Easily clothingA | Temu | 634418225584112 |
| 78 | Eine Warme | Temu | 634418225453520 |
| 79 | eJoyGoo | Temu | 634418223217705 |
| 80 | Ethereal Attire | Temu | 634418219487551 |
| 81 | Ethereal Strokes | Temu | 634418219628201 |
| 82 | Fessenden local | Temu | 634418223677982 |
| 83 | FHZ Art | Temu | 634418225155498 |
| 84 | Fine hanging picture | Temu | 634418219512385 |
| 85 | FmnECHO | Temu | 634418217001252 |
| 86 | FU CHUN FU SHI EIGHTTEEN | Temu | 634418213289528 |
| 87 | FuDao Home Furnishing | Temu | 634418217659510 |
| 88 | Gao Diareg | Temu | 634418223491119 |
| 89 | GGirls and boys | Temu | 634418226869663 |
| 90 | GloShopping | Temu | 634418220287520 |
| 91 | GsgMerchatShop | Temu | 634418221186601 |
| 92 | Happy LOO | Temu | 634418227289588 |
| 93 | Happy XOO | Temu | 634418228062155 |
| 94 | Hfenghome blanket | Temu | 634418221188654 |
| 95 | Honor Closet | Temu | 634418218982199 |
| 96 | HQTCG Local | Temu | 634418220206011 |
| 97 | HTYGFRTYOO | Temu | 634418220183221 |
| 98 | huangyanbt | Temu | 634418227814924 |
| 99 | huishandianzi | Temu | 634418229139972 |
| 100 | HYP Art | Temu | 634418222596227 |
| 101 | I Money comes from the old shopkeeper | Temu | 634418220232341 |
| 102 | icecreamem | Temu | 634418226739351 |
| 103 | IronWhisper Gallery A | Temu | 634418220288472 |
| 104 | J DIY Short | Temu | 5338962333941 |
| 105 | Jie Pang | Temu | 634418227158939 |
| 106 | Jiejie Blanket Shop | Temu | 634418221125173 |
| 107 | JKBF Home Decoration | Temu | 634418225177667 |
| 108 | JOHN Art | Temu | 634418225154173 |
| 109 | KECHAOKE | Temu | 634418224585266 |
| 110 | kejinyu | Temu | 634418221272693 |
| 111 | kingers | Temu | 634418219583677 |
| 112 | KLWUJ local | Temu | 634418222632816 |
| 113 | LAKSUP | Temu | 634418226737517 |
| 114 | Ledge Gems | Temu | 634418226576785 |
| 115 | LEIZITANZI | Temu | 634418217667024 |
| 116 | lezhixin | Temu | 634418225913465 |
| 117 | LGM Art | Temu | 634418222566296 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 118 | Lin han wall art | Temu | 634418228033462 |
| 119 | lin mei qing art poster | Temu | 634418221731628 |
| 120 | linhaibo | Temu | 634418221275097 |
| 121 | linjing seven | Temu | 634418219826834 |
| 122 | LinTwoo | Temu | 634418226178274 |
| 123 | linyonhui | Temu | 634418221259113 |
| 124 | LINYYANZHIYONG | Temu | 634418228007760 |
| 125 | liuliudexiaojia | Temu | 634418223141577 |
| 126 | LL Design Decal | Temu | 634418228392623 |
| 127 | LMWCAPCRAZE | Temu | 634418221849472 |
| 128 | Louise Mandy | Temu | 634418226554784 |
| 129 | Luck turns shop | Temu | 634418221029027 |
| 130 | LUCKSMA | Temu | 634418218159350 |
| 131 | LUKY DECORATION | Temu | 634418228071966 |
| 132 | Luminou Tires | Temu | 634418220005713 |
| 133 | LZE ART | Temu | 634418225470262 |
| 134 | MANNEE | Temu | 634418218083763 |
| 135 | Menssy | Temu | 1427644966685 |
| 136 | MIUSII | Temu | 634418218083699 |
| 137 | Mu Wei Pa | Temu | 634418228205777 |
| 138 | Nala Art | Temu | 634418227712243 |
| 139 | New Dapper Dude | Temu | 634418219944964 |
| 140 | NONOWA | Temu | 634418226006149 |
| 141 | Nova Zest | Temu | 634418222639017 |
| 142 | NovaCase Pro | Temu | 634418223398632 |
| 143 | PAINTING JOURNEY WITHOUT BORDERS | Temu | 634418225990392 |
| 144 | Peace Diy Cu | Temu | 634418220202617 |
| 145 | Perak | Temu | 634418218981913 |
| 146 | PIBGF | Temu | 634418228065878 |
| 147 | PO Sticker | Temu | 634418228250051 |
| 148 | Putiangaofushuai Shop | Temu | 634418220268179 |
| 149 | QDD SHOP | Temu | 634418219136439 |
| 150 | QL ONLINE | Temu | 634418215311139 |
| 151 | Rainbow cabin wall art | Temu | 634418219489764 |
| 152 | Rush red purchase | Temu | 634418223900586 |
| 153 | SLGetFreeShop | Temu | 634418218512424 |
| 154 | SnickSnack | Temu | 634418222701921 |
| 155 | Spongeluxe | Temu | 634418228295206 |
| 156 | Starwy | Temu | 634418211317787 |
| 157 | Sunmou Canvas Decorative Painting | Temu | 63441825501108 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 158 | T Culture | Temu | 634418219635397 |
| 159 | T Evolush DL | Temu | 634418227591574 |
| 160 | taotaoxiadian | Temu | 634418227436460 |
| 161 | The Brushwork Boutique | Temu | 634418219762504 |
| 162 | The Linear Wallism | Temu | 3715318137788 |
| 163 | The old boy selling paintings | Temu | 634418214580068 |
| 164 | Times lover Decor | Temu | 634418224124969 |
| 165 | TOBFASHION | Temu | 634418210377862 |
| 166 | TomiA | Temu | 634418217411785 |
| 167 | Toys in the clouds | Temu | 634418224329632 |
| 168 | Tradeify Fashion Shopping Bags | Temu | 634418222156937 |
| 169 | Trendy and Comfortable Clothing | Temu | 634418229079725 |
| 170 | Tutu blanket | Temu | 634418219993564 |
| 171 | Twoconem B | Temu | 634418227054875 |
| 172 | UrbanChicBazaar | Temu | 634418219947195 |
| 173 | Whips and Cribs | Temu | 634418218636540 |
| 174 | WHYO funny sticker | Temu | 634418228228626 |
| 175 | WONANYENAN Garment | Temu | 634418227642877 |
| 176 | Woven Wonders Tapestry | Temu | 634418218112937 |
| 177 | wsxazca brooch | Temu | 634418225669709 |
| 178 | WTY TY | Temu | 634418216359955 |
| 179 | WTYE | Temu | 634418213573319 |
| 180 | WYHQ Local | Temu | 634418219932389 |
| 181 | xiao three | Temu | 634418221849539 |
| 182 | xiushui Clothing | Temu | 634418229137307 |
| 183 | YANGHUAIYU | Temu | 634418227575815 |
| 184 | YANGHUAIYU B | Temu | 634418227796674 |
| 185 | YANGHUAIYU C | Temu | 634418227797171 |
| 186 | YANGHUAIYU D | Temu | 634418227797542 |
| 187 | YANGHUAIYUA | Temu | 634418227678398 |
| 188 | Yao Yao Home Decoration | Temu | 634418226151377 |
| 189 | yiwanze | Temu | 634418222310413 |
| 190 | Youyi WarmHug Blankets | Temu | 634418221153944 |
| 191 | YSLG POSTER | Temu | 634418223006804 |
| 192 | YZZ Blanket | Temu | 634418223759785 |
| 193 | ZEST ARTS | Temu | 634418227517594 |
| 194 | Zhangjb clothing | Temu | 634418229216920 |
| 195 | ZHONGTNL | Temu | 634418219399258 |
| 196 | ZHOUHHH | Temu | 634418228262164 |
| 197 | ZHUANGTU | Temu | 634418227524949 |
| 198 | Zhuo Clothing | Temu | 634418214162666 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---------|--------------|----------|-----------|
| 199 | ZmOQing Select | Temu | 634418227849609 |
| 200 | ZZGV | Temu | 634418221167869 |