AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

TV TOKYO CORPORATION

*Plaintiff(s)*

v.

CHAOLI WEI, et al.

*Defendant(s)*

Civil Action No. 26-cv-3348

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Schedule A attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shengmao Mu
Whitewood Law PLLC
57 West 57th Street
3rd and 4th Floors
New York, NY 10019

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 9/2/2026

/s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*

**Schedule A**

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | Chaoli Wei | Amazon | A2CVFR3YB81GGH |
| 2 | ChenZiRong-art | Amazon | A288UFRC3LGAJ6 |
| 3 | Dobun | Amazon | APY6CAKU9GWXG |
| 4 | DISMISSED | DISMISSED | DISMISSED |
| 5 | DISMISSED | DISMISSED | DISMISSED |
| 6 | FS Life | Amazon | A2ON9WQ4HT7YLW |
| 7 | HuangSLong | Amazon | A2SI96NK53GHVJ |
| 8 | ijushihefuzhuang | Amazon | A19WBAF61B0BZP |
| 9 | Jiashan Lixin Hardware Products Trading Co., Ltd. | Amazon | A38K1H6EGKR38E |
| 10 | jinanchangjiugeshangmaoxiaoshouyouxiangongsi | Amazon | A2DX1XEQPJ28SZ |
| 11 | DISMISSED | DISMISSED | DISMISSED |
| 12 | kunmingfubiancengkejiyouxiangongsi | Amazon | A24BWAPW56OQP2 |
| 13 | LSGCDP | Amazon | ATB63MCLWHNRU |
| 14 | miaohao2022 | Amazon | A3AJ2JY0X3SDD6 |
| 15 | My Erika | Amazon | A2R1FLW9OJNNP9 |
| 16 | NianSu Mao | Amazon | A2ZSF9LOEQ726D |
| 17 | DISMISSED | DISMISSED | DISMISSED |
| 18 | qiuxiantongmumaoyiyouxiangongsi | Amazon | A2M9LMW9S63KYU |
| 19 | DISMISSED | DISMISSED | DISMISSED |
| 20 | WJLXINKAIS | Amazon | AY6B5G0XR5S4H |
| 21 | YIHONG CAI | Amazon | A2ODRR3C07NNI2 |
| 22 | ZhangJiaHao-brt | Amazon | A1IXZFIWHMMD0D |
| 23 | ZYDFZC | Amazon | A2BA9TBHJ87VRI |
| 24 | Chang Ning Shop | Amazon | A3KPJ0DCMFLL96 |
| 25 | CaiJianXian | Walmart | 102733111 |
| 26 | DANJIN | Walmart | 102515666 |
| 27 | GZCQSM | Walmart | 101174519 |
| 28 | huangmengxiao | Walmart | 102804939 |
| 29 | lizaoshangmao | Walmart | 102479728 |
| 30 | OWToy Sore | Walmart | 101684192 |
| 31 | shuntong | Walmart | 101670247 |
| 32 | DISMISSED | DISMISSED | DISMISSED |
| 33 | YongTanDiao | Walmart | 102765507 |
| 34 | Yucheng Poster | Walmart | 102767843 |
| 35 | DISMISSED | DISMISSED | DISMISSED |
| 36 | Zhubeauty | Walmart | 101549875 |
| 37 | A Complete Collection of Decorative Paintings | Temu | 634418228204549 |
| 38 | Ant Creative | Temu | 634418215819359 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 39 | AODAIFEN SHOP | Temu | 634418211707464 |
| 40 | ApexGrid Central | Temu | 634418227146962 |
| 41 | ArtisticMaster | Temu | 634418218350835 |
| 42 | Aurashells | Temu | 634418223944721 |
| 43 | Baidanyilang | Temu | 6012795976884 |
| 44 | Beautiful Puzzle Art | Temu | 634418227800822 |
| 45 | Beautiful Shop Tshirt | Temu | 634418220874854 |
| 46 | Burchard Decor | Temu | 634418218081418 |
| 47 | CaiSnugSpot | Temu | 634418228990330 |
| 48 | CANDACECBE | Temu | 634418216225691 |
| 49 | Capitvate | Temu | 634418221361260 |
| 50 | CASEPOPS | Temu | 634418225687535 |
| 51 | CC Cancas Painting | Temu | 634418226324849 |
| 52 | Charmeet | Temu | 634418214849638 |
| 53 | Chengchun Blanket | Temu | 634418221147960 |
| 54 | CHK Online local | Temu | 634418218359068 |
| 55 | CinHome | Temu | 634418217177505 |
| 56 | CJF Art | Temu | 634418224994635 |
| 57 | Clarie Art | Temu | 634418224645787 |
| 58 | Colorful Art Canvas Poster | Temu | 634418227054195 |
| 59 | DISMISSED | DISMISSED | DISMISSED |
| 60 | Cozy Canvas online | Temu | 634418220618204 |
| 61 | CQYGYLY | Temu | 634418219224190 |
| 62 | CSMY design | Temu | 634418223331689 |
| 63 | Cumminss | Temu | 634418229094361 |
| 64 | custom design good goods | Temu | 634418222772969 |
| 65 | Cute Beautiful Kids Clothing | Temu | 634418227931813 |
| 66 | Cute Kids Clothing one hundred | Temu | 634418227932071 |
| 67 | Cute Kids Clothing zero | Temu | 634418227931089 |
| 68 | DISMISSED | DISMISSED | DISMISSED |
| 69 | CXS ART | Temu | 634418227093691 |
| 70 | CZ DIY Painting Factory | Temu | 634418217845557 |
| 71 | Daph | Temu | 634418224033748 |
| 72 | DFFGGH Case | Temu | 634418222437295 |
| 73 | DFSDFDS | Temu | 634418227087590 |
| 74 | Digital ferry | Temu | 1844580924689 |
| 75 | Earnestas | Temu | 634418219040028 |
| 76 | Easel Dreams | Temu | 634418219762447 |
| 77 | Easily clothingA | Temu | 634418225584112 |
| 78 | Eine Warme | Temu | 634418225453520 |
| 79 | DISMISSED | DISMISSED | DISMISSED |
| 80 | Ethereal Attire | Temu | 634418219487551 |
| 81 | Ethereal Strokes | Temu | 634418219628201 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 82 | DISMISSED | DISMISSED | DISMISSED |
| 83 | FHZ Art | Temu | 634418225155498 |
| 84 | Fine hanging picture | Temu | 634418219512385 |
| 85 | FmnECHO | Temu | 634418217001252 |
| 86 | FU CHUN FU SHI EIGHTTEEN | Temu | 634418213289528 |
| 87 | FuDao Home Furnishing | Temu | 634418217659510 |
| 88 | Gao Diareg | Temu | 634418223491119 |
| 89 | GGirls and boys | Temu | 634418226869663 |
| 90 | GloShopping | Temu | 634418220287520 |
| 91 | GsgMerchatShop | Temu | 634418221186601 |
| 92 | Happy LOO | Temu | 634418227289588 |
| 93 | Happy XOO | Temu | 634418228062155 |
| 94 | Hfenghome blanket | Temu | 634418221188654 |
| 95 | Honor Closet | Temu | 634418218982199 |
| 96 | HQTCG Local | Temu | 634418220206011 |
| 97 | HTYGFRTYOO | Temu | 634418220183221 |
| 98 | DISMISSED | DISMISSED | DISMISSED |
| 99 | DISMISSED | DISMISSED | DISMISSED |
| 100 | HYP Art | Temu | 634418222596227 |
| 101 | I Money comes from the old shopkeeper | Temu | 634418220232341 |
| 102 | icecreamem | Temu | 634418226739351 |
| 103 | IronWhisper Gallery A | Temu | 634418220288472 |
| 104 | J DIY Short | Temu | 5338962333941 |
| 105 | DISMISSED | DISMISSED | DISMISSED |
| 106 | Jiejie Blanket Shop | Temu | 634418221125173 |
| 107 | JKBF Home Decoration | Temu | 634418225177667 |
| 108 | JOHN Art | Temu | 634418225154173 |
| 109 | KECHAOKE | Temu | 634418224585266 |
| 110 | kejinyu | Temu | 634418221272693 |
| 111 | kingers | Temu | 634418219583677 |
| 112 | KLWUJ local | Temu | 634418222632816 |
| 113 | LAKSUP | Temu | 634418226737517 |
| 114 | Ledge Gems | Temu | 634418226576785 |
| 115 | LEIZITANZI | Temu | 634418217667024 |
| 116 | lezhixin | Temu | 634418225913465 |
| 117 | LGM Art | Temu | 634418222566296 |
| 118 | Lin han wall art | Temu | 634418228033462 |
| 119 | lin mei qing art poster | Temu | 634418221731628 |
| 120 | linhaibo | Temu | 634418221275097 |
| 121 | linjing seven | Temu | 634418219826834 |
| 122 | LinTwoo | Temu | 634418226178274 |
| 123 | linyonhui | Temu | 634418221259113 |
| 124 | LINYYANZHIYONG | Temu | 634418228007760 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 125 | DISMISSED | DISMISSED | DISMISSED |
| 126 | LL Design Decal | Temu | 634418228392623 |
| 127 | LMWCAPCRAZE | Temu | 634418221849472 |
| 128 | Louise Mandy | Temu | 634418226554784 |
| 129 | Luck turns shop | Temu | 634418221029027 |
| 130 | LUCKSMA | Temu | 634418218159350 |
| 131 | LUKY DECORATION | Temu | 634418228071966 |
| 132 | Luminou Tires | Temu | 634418220005713 |
| 133 | LZE ART | Temu | 634418225470262 |
| 134 | MANNEE | Temu | 634418218083763 |
| 135 | Menssy | Temu | 1427644966685 |
| 136 | MIUSII | Temu | 634418218083699 |
| 137 | Mu Wei Pa | Temu | 634418228205777 |
| 138 | Nala Art | Temu | 634418227712243 |
| 139 | New Dapper Dude | Temu | 634418219944964 |
| 140 | NONOWA | Temu | 634418226006149 |
| 141 | Nova Zest | Temu | 634418222639017 |
| 142 | NovaCase Pro | Temu | 634418223398632 |
| 143 | PAINTING JOURNEY WITHOUT BORDERS | Temu | 634418225990392 |
| 144 | Peace Diy Cu | Temu | 634418220202617 |
| 145 | Perak | Temu | 634418218981913 |
| 146 | PIBGF | Temu | 634418228065878 |
| 147 | PO Sticker | Temu | 634418228250051 |
| 148 | Putiangaofushuai Shop | Temu | 634418220268179 |
| 149 | QDD SHOP | Temu | 634418219136439 |
| 150 | QL ONLINE | Temu | 634418215311139 |
| 151 | Rainbow cabin wall art | Temu | 634418219489764 |
| 152 | Rush red purchase | Temu | 634418223900586 |
| 153 | SLGetFreeShop | Temu | 634418218512424 |
| 154 | SnickSnack | Temu | 634418222701921 |
| 155 | Spongeluxe | Temu | 634418228295206 |
| 156 | Starwy | Temu | 634418211317787 |
| 157 | Sunmou Canvas Decorative Painting | Temu | 634418225501108 |
| 158 | DISMISSED | DISMISSED | DISMISSED |
| 159 | T Evolush DL | Temu | 634418227591574 |
| 160 | DISMISSED | DISMISSED | DISMISSED |
| 161 | The Brushwork Boutique | Temu | 634418219762504 |
| 162 | The Linear Wallism | Temu | 3715318137788 |
| 163 | The old boy selling paintings | Temu | 634418214580068 |
| 164 | Times lover Decor | Temu | 634418224124969 |
| 165 | TOBFASHION | Temu | 634418210377862 |
| 166 | TomiA | Temu | 634418217411785 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 167 | Toys in the clouds | Temu | 634418224329632 |
| 168 | Tradeify Fashion Shopping Bags | Temu | 634418222156937 |
| 169 | Trendy and Comfortable Clothing | Temu | 634418229079725 |
| 170 | Tutu blanket | Temu | 634418219993564 |
| 171 | Twoconem B | Temu | 634418227054875 |
| 172 | UrbanChicBazaar | Temu | 634418219947195 |
| 173 | Whips and Cribs | Temu | 634418218636540 |
| 174 | WHYO funny sticker | Temu | 634418228228626 |
| 175 | WONANYENAN Garment | Temu | 634418227642877 |
| 176 | Woven Wonders Tapestry | Temu | 634418218112937 |
| 177 | wsxazca brooch | Temu | 634418225669709 |
| 178 | WTY TY | Temu | 634418216359955 |
| 179 | WTYE | Temu | 634418213573319 |
| 180 | WYHQ Local | Temu | 634418219932389 |
| 181 | xiao three | Temu | 634418221849539 |
| 182 | xiushui Clothing | Temu | 634418229137307 |
| 183 | DISMISSED | DISMISSED | DISMISSED |
| 184 | DISMISSED | DISMISSED | DISMISSED |
| 185 | DISMISSED | DISMISSED | DISMISSED |
| 186 | DISMISSED | DISMISSED | DISMISSED |
| 187 | DISMISSED | DISMISSED | DISMISSED |
| 188 | Yao Yao Home Decoration | Temu | 634418226151377 |
| 189 | yiwanze | Temu | 634418222310413 |
| 190 | Youyi WarmHug Blankets | Temu | 634418221153944 |
| 191 | YSLG POSTER | Temu | 634418223006804 |
| 192 | YZZ Blanket | Temu | 634418223759785 |
| 193 | ZEST ARTS | Temu | 634418227517594 |
| 194 | DISMISSED | DISMISSED | DISMISSED |
| 195 | ZHONGTNL | Temu | 634418219399258 |
| 196 | ZHOUHHH | Temu | 634418228262164 |
| 197 | DISMISSED | DISMISSED | DISMISSED |
| 198 | Zhuo Clothing | Temu | 634418214162666 |
| 199 | DISMISSED | DISMISSED | DISMISSED |
| 200 | ZZGV | Temu | 634418221167869 |

Civil Action No. 26-cv-3348

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Defendants listed on Schedule A attached

was received by me on *(date)* 09/02/2026 .

❒ I personally served the summons on the individual at *(place)* __________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________ , a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* __________ , who is designated by law to accept service of process on behalf of *(name of organization)* __________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because __________ ; or

✔ Other *(specify)*: On May 15, 2026, someone working under my supervision served Defendants via email and/or requested service via internal platform communication, including a URL with true and correct copies of the Complaint along with all exhibits, and the Order to Show Cause for Preliminary Injunction and Temporary Restraining Order. On September 2, 2026, the stamped copy of the summons was uploaded to said URL and served on Defendants electronically.

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/01/2026

/s/Shengmao Mu
*Server's signature*

Shengmao Mu, Attorney
*Printed name and title*

57 West 57th Street
3rd and 4th Floors
New York, NY 10019
*Server's address*

Additional information regarding attempted service, etc: